ORIGINAL

FW020123

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

(1)

2016 MAR 22 PM 1:44

CLERK OF COURT
WC

ROSE ADANMA DURU
Plaintiff

v.

4-16CV-21 -O
Civil Action No.

DR ROBERT SCHREINER, ET AL;
Defendant

**COMPLAINT**

DEFENDANTS:

(1) DR ROBERT SCHREINER OF HURON CONSUTING GROUP, DALLAS, TEXAS
500 N. AKARD STREET,
STE. 1940,
DALLAS, TEXAS 75201.

(2) HURON CONSULTING GROUP,
500 N. AKARD STREET,
STE. 1940,
DALLAS, TEXAS 75201.

* Attach additional pages as needed.

Date: MARCH 21, 2016

Signature: Rose Duru

Print Name: ROSE ADANMA DURU

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ______

DR ROBERT SCHREINER, ET AL;
Defendant

**COMPLAINT**

DEFENDANTS - CONT.

(3) JANA S. BAKER;
TEXAS BAR NO. 00794610.
PRESTON COMMONS, SUITE 500
8117 PRESTON ROAD,
DALLAS, TEXAS 75225.

(4) HEIDI H. HARRISON;
TEXAS BAR NO. 24074370.
PRESTON COMMONS, SUITE 500;
8117 PRESTON ROAD,
DALLAS, TEXAS 75225.

* Attach additional pages as needed.

Date: MARCH 21, 2016

Signature: Rose Duru

Print Name: ROSE ADANMA DURU

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

(3)

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ______________

DR ROBERT SCHREINER, ET AL;
Defendant

**COMPLAINT**

DEFENDANTS - CONT:

(5) OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
PRESTON COMMONS, SUITE 500,
8117 PRESTON ROAD,
DALLAS, TEXAS 75225.

* Attach additional pages as needed.

Date: MARCH 21, 2016.

Signature: Rose Duru.

Print Name: ROSE ADANMA DURU.

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ____________________

DR ROBERT SCHREINER, ET AL;
Defendant

COMPLAINT

| ① PERJURY; ② IMPERSONATION; ③ CONSPIRACY TO COMMIT PERJURY; ④ OBSTRUCTION OF JUSTICE; ⑤ EVADING PROSECUTION; ⑥ CRIMINAL TRESPASSING; ⑦ UNLAWFULL BREAKING, AND ENTRY; ⑧ CRIMINAL NEGLIGENCE; ⑨ INVASION OF PRIVACY; ⑩ LAWYER DISCIPLINE; ⑪ DECEIT; |
|---|

* Attach additional pages as needed.

Date MARCH 21, 2016

Signature Rose Duru

Print Name ROSE ADANMA DURU

Address 1822 YOUNG STREET,

City, State, Zip DALLAS TEXAS 75201.

Telephone N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ____________________

DR ROBERT SCHREINER, ET AL;
Defendant

**COMPLAINT**

(12) DEPRAVED INDIFFERENCE; COVER UP;
(13) THEFT; (14) FRAUD;
(15) CONSPIRACY TO COMMIT FRAUD;
(16) GROSS PROFESSIONAL NEGLIGENCE;
(17) MISREPRESENTATION;
(18) CYBER ATTACKS | STALKING;
(19) INTENTIONAL, AND MALICIOUS INFLICTION OF PAIN; ACCESSORY AFTER THE FACT;
(20) SEXUAL HARASSMENT, AND ASSULT — THEFT OF PLAINTIFF'S PANTIES;
(21) COVER UP:

* Attach additional pages as needed.

Date MARCH 21, 2016

Signature Rose Duru

Print Name ROSE ADANMA DURU

Address 1822 YOUNG STREET,

City, State, Zip DALLAS, TEXAS 75201.

Telephone N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

(6)

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ______________________

DR ROBERT SCHREINER, ET AL;
Defendant

**COMPLAINT**

(1) DEFENDANT- DR ROBERT SCHREINER; PERJURY; IMPERSONATION OF FORMER CO-WORKER - DR REED PITRE; FRAUD; THEFT; CRIMINAL TRESPASSING; EVADING PROSECUTION; STALKING; CYBER ATTACKS; SEXUAL HARASSMENT, AND ASSULT- STEALING PLAINTIFF'S PANTIES; STEALING COURT DOCUMENTS; UNLAWFULL ENTRY INTO PLAINTIFF'S PRIVATE RESIDENCE;

* Attach additional pages as needed.

CONT.

Date: MARCH 21, 2016.

Signature: Rose Duru

Print Name: ROSE ADANMA DURU.

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ____________

DR ROBERT SCHREINER, ET AL;
Defendant

**COMPLAINT**

CONT; PLAINTIFF WAS EMPLOYED WITH KAISER PERMANENTE GEORGIA FROM APRIL 21, 2008, TILL APRIL 27, 2012. THE FOUR YEARS EMPLOYED AT KAISER PERMANENTE GEORGIA, WAS THE WORST YEARS OF MY LIFE. THROUGHOUT THIS FOUR YEAR PERIOD, DR ROBERT SCHREINER WAS THE EXECUTIVE MEDICAL DIRECTOR FOR HOSPITALS, DOCTORS, AND SPECIALTY CARE.

* Attach additional pages as needed.

CONT;

Date MARCH 21, 2016.

Signature Rose Duru.

Print Name ROSE ADANMA DURU.

Address 1822 YOUNG STREET,

City, State, Zip DALLAS, TEXAS 75201.

Telephone N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

DR ROBERT SCHREINER, ET AL;
Defendant

Civil Action No. ______

**COMPLAINT**

CONT;- PLAINTIFF NEVER MET, NOR EVER SPOKEN TO DEFENDANT-DR ROBERT SCHREINER. THIS DEFENDANT TOOK CARE OF SOME PATIENTS AT NORTHSIDE HOSPITAL OF ATLANTA, INCLUDING SOME OF MY PATIENTS. DR ROBERT SCHREINER ONLY WORKED NIGHT SHIFTS AND WAS ALWAYS GONE BY 6:30 AM. I READ DR ROBERT SCHREINER'S PROGRESS NOTES, AND, I AM VERY FAMILIAR WITH HIS HAND-WRITING.

* Attach additional pages as needed.

CONT:

Date: MARCH 21, 2016.

Signature: Rose Duru.

Print Name: ROSE ADANMA DURU.

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ____________

DR ROBERT SCHREINER, ET AL;
Defendant

**COMPLAINT**

CONT: PLAINTIFF PARTED WAYS WITH KAISER PERMANENTE GEORGIA ON APRIL 27, 2012, BUT FOR SOME REASON, DR ROBERT SCHREINER HAS BEEN UNABLE TO MOVE ON WITH HIS MISERABLE LIFE. DR ROBERT SCHREINER'S OBSESSION FOR PLAINTIFF IS DEADLY. THIS MAD MAN HAS BEEN STALKING PLAINTIFF, HACKING INTO PLAINTIFF'S CELL PHONES, AND EMAIL ADDRESSES.

* Attach additional pages as needed.

CONT:

Date: MARCH 21, 2016.

Signature: Rose Duru.

Print Name: ROSE ADANMA DURU.

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ______________

DR ROBERT SCHREINER, ET AL.,
Defendant

## COMPLAINT

CONT: DR ROBERT SCHREINER'S SICK OBSESSION HAVE CAUSED PLAINTIFF FOUR YEARS OF UNEMPLOYMENT. PLAINTIFF IS CURRENTLY ON SOCIAL SECURITY DISABILITY FOR MAJOR DEPRESSION DUE TO THE ACTIONS OF DR ROBERT SCHREINER, AND KAISER PERMANENTE GEORGIA, AND TSPMG-; "I BARELY ESCAPED WITH MY LIFE FROM GEORGIA!" DR ROBERT SCHREINER IS A SICK MAN AND NEEDS PSYCHIATRIC HELP.

* Attach additional pages as needed.

CONT:

Date MARCH 21, 2016.

Signature Rose Duru.

Print Name ROSE ADANMA DURU

Address 1822 YOUNG STREET,

City, State, Zip DALLAS, TEXAS 75201.

Telephone N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ______

DR ROBERT SCHREINER, ET AL.
Defendant

**COMPLAINT**

CONT: PLAINTIFF CAN PROVE TO THE COURT THAT DR ROBERT SCHREINER HAS BEEN STALKING PLAINTIFF SINCE 2006/2007.
PLAINTIFF HAS A PENDING CIVIL SUIT IN THE DALLAS COUNTY DISTRICT COURT, AGAINST DR ROBERT SCHREINER.
DR ROBERT SCHREINER, IS A LIAR; SICK; A THIEF; A STALKER; A PEEPING TOM; FRAUD; HE DESPERATELY NEEDS HELP, QUICKLY;

* Attach additional pages as needed.

PLEASE EXHIBITS

| | |
|---|---|
| Date | MARCH 21, 2016. |
| Signature | Rose Duru. |
| Print Name | ROSE ADANMA DURU. |
| Address | 1822 YOUNG STREET, |
| City, State, Zip | DALLAS, TEXAS 75201. |
| Telephone | N/A |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ____________

DR ROBERT SCHREINER, ET AL;
Defendant

**COMPLAINT**

DEFENDANT- HURON CONSULTING GROUP, OF DALLAS, TEXAS.

PLAINTIFF HOLDS THE ABOVE NAMED DEFENDANTS ACCOUNTABLE FOR AIDING THEIR EMPLOYEE, DR ROBERT SCHREINER'S CRIMININAL ACTIVITIES; COVER UP; ACCESSORY AFTER THE FACT; CONTINUED HARASSMENT; DEPRAVED INDIFFERENCE; OBSTRUCTION OF JUSTICE. HURON CONSULTING GROUP IS VERY AWARE OF DR ROBERT SCHREINER'S DEADLY OBSESSION.

* Attach additional pages as needed.

CONT.

Date: MARCH 21, 2016.

Signature: Rose Duru.

Print Name: ROSE ADANMA DURU.

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No.

DR ROBERT SCHREINER, ET AL.,
Defendant

**COMPLAINT**

CONT: HURON CONSULTING GROUP;
PLAINTIFF HOLDS THIS DEFENDANT VERY MUCH RESPONSIBLE, AND ACCOUNTABLE FOR THE ACTIONS OF THEIR EMPLOYEE - THE MAD MAN, DR ROBERT SCHREINER. HURON CONSULTING GROUP IS VERY AWARE OF THE CIVIL SUITS AGAINST - DR ROBERT SCHREINER, AND THE CONTINUED DISCORD BETWEEN PLAINTIFF, AND THE EVIL DR ROBERT SCHREINER.

* Attach additional pages as needed.

CONT:

Date: MARCH 21, 2016

Signature: Rose Duru

Print Name: ROSE ADANMA DURU

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ____________

DR ROBERT SCHAREINER ET AL,
Defendant

**COMPLAINT**

CONT: PLAINTIFF RESPECTFULLY ASKS THE COURT TO AWARD PLAINTIFF $26 MILLION DOLLARS IN DAMAGES AGAINST, DR ROBERT SCHAREINER, AND $26 MILLION DOLLARS AGAINST HURON CONSULTING GROUP; AND ADDITIONAL $26 MILLION DOLLARS IN PUNITIVE DAMAGES AGAINST EACH DEFENDANT, FOR INTENTIONAL, AND MALICIOUS INFLICTION OF PHYSICAL PAIN, AND MENTAL ANGUISH, AND FOR BEING PURE EVIL:

* Attach additional pages as needed.

CONT:

Date: MARCH 21, 2016.

Signature: Rose Duru

Print Name: ROSE ADANMA DURU

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ____________

DR ROBERT SCHREINER, ET AL.,
Defendant

**COMPLAINT**

DEFENDANTS: JANA S. BAKER; HEIDI H. HARRISON; AND OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P.C.

COMPLAINTS/CLAIMS - OBSTRUCTION OF JUSTICE; ATTORNEYS MISCONDUCT; GROSS PROFESSIONAL NEGLIGENCE; DECEIT; CONSPIRACY TO EVADE PROSECUTION; PLAINTIFF HOLDS THE ABOVE NAMED DEFENDANTS RESPONSIBLE FOR THE DISMISSAL OF PLAINTIFF'S CIVIL SUITS-

* Attach additional pages as needed.

CONT:

| | |
|---|---|
| Date | MARCH 21, 2016. |
| Signature | Rose Duru |
| Print Name | ROSE ADANMA DURU. |
| Address | 1822 YOUNG STREET, |
| City, State, Zip | DALLAS, TEXAS 75201. |
| Telephone | N/A |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

16

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ____________

DR ROBERT SCHREINER, ET AL.,
Defendant

COMPLAINT

CONT: AGAINST DR ROBERT SCHREINER; CASE NO: 3-14-CV-03636; AND CASE NO: 3-14-CV-03817: THESE ATTORNEYS SUPPORTED PERJURY, AND COVERED UP FOR THEIR CLIENT- DR ROBERT SCHREINER; THESE ATTORNEYS DECEIVED THE COURT; MISREPRESENTED THE TRUTH; LIED TO THE COURT: THESE ATTORNEYS WERE VERY MUCH AWARE THAT DR ROBERT SCHREINER LIVES RIGHT HERE IN DALLAS, TEXAS.

* Attach additional pages as needed.

Date: MARCH 21, 2016.

Signature: Rose Duru.

Print Name: ROSE ADANMA DURU.

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ____________

DR ROBERT SCHREINER, ET AL,
Defendant

**COMPLAINT**

CONT: PLAINTIFF HOLDS THESE ATTORNEYS PROFESSIONALLY LIABLE FOR FAILING TO DO DUE DELIGENCE; FAILING TO RESPECT THE COURT, AND FAILING TO RECOGNIZE THAT PERJURY IS A SERIOUS OFFENSE; FAILING TO APPEAR IN COURT AND PROPERLY DEFEND THEIR CLIENT - DR ROBERT SCHREINER. PLAINTIFF PRAYS THAT THESE ATTORNEYS BE SANCTIONED, AND DISCIPLINED BY THE COURT OF LAW:

* Attach additional pages as needed.

CONT:

Date: MARCH 21, 2016.

Signature: Rose Duru

Print Name: ROSE ADANMA DURU.

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

18

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ______

DR ROBERT SCHREINER, ET AL,
Defendant

COMPLAINT

CONT: DUE TO THE ACTIONS OF THESE ATTORNEYS, PLAINTIFF HAS SUFFERED SEVERE EMOTIONAL TRAUMA, AND DISTRESS; SEVERE PAIN AND SUFFERING; PLAINTIFF HAS BEEN EXPERIENCING PHYSICAL PAIN AND MENTAL ANGUISH; FINANCIAL LOSS DUE TO COURT COSTS. PLAINTIFF SEEKS $26 MILLION DOLLARS AGAINST EACH NAMED DEFENDANTS IN DAMAGES, AND ADDITIONAL $26 MILLION DOLLARS IN PUNITIVE DAMAGES AGAINST EACH DEFENDANT.

* Attach additional pages as needed.

SEE EXHIBITS

Date: MARCH 21, 2016.

Signature: Rose Duru.

Print Name: ROSE ADANMA DURU.

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ______________

DR ROBERT SCHREINER, ET AL.,
Defendant

## COMPLAINT

WHEREFORE, PLAINTIFF PRAYS THAT THE DEFENDANTS BE DULY CITED TO APPEAR AND ANSWER HEREIN; AND THAT UPON A FINAL TRIAL OF THIS CAUSE, PLAINTIFF RECOVER: DAMAGES IN THE AMOUNT OF $26 MILLION DOLLARS FROM EACH OF THE NAMED DEFENDANTS, AND ADDITIONAL $26 MILLION DOLLARS IN PUNITIVE DAMAGES FOR BEING SO CORRUPT.

* Attach additional pages as needed.

CONT:

| | |
|---|---|
| Date | MARCH 21, 2016 |
| Signature | Rose Duru |
| Print Name | ROSE ADANMA DURU |
| Address | 1822 YOUNG STREET, |
| City, State, Zip | DALLAS, TEXAS 75201. |
| Telephone | N/A |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ____________________

DR ROBERT SCHREINER, ET AL,
Defendant

**COMPLAINT**

DAMAGES CONT: ① JUDGMENT AGAINST DEFENDANTS FOR PLAINTIFF'S DAMAGES AS SET FORTH, IN AN AMOUNT WITHIN THE JURISDICTIONAL LIMITS OF THIS COURT; ② INTEREST ON THE JUDGMENT AT THE LEGAL RATE FROM DATE OF JUDGMENT; ③ COSTS OF COURT; AND, ④ SUCH OTHER AND FURTHER RELIEF TO WHICH THE PLAINTIFF MAY BE ENTITLED.

* Attach additional pages as needed.

Date: MARCH 21, 2016.

Signature: Rose Duru.

Print Name: ROSE ADANMA DURU.

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: N/A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ____________

DR ROBERT SCHREINER, ET AL.,
Defendant

## COMPLAINT

EXHIBIT A-I

ATTORNEYS, JANA S. BAKER, AND HEIDI H. HARRISON'S PURJURED, AND FALSE DECLARATION.
THEY BOTH WERE VERY MUCH AWARE THAT, DR ROBERT SCHREINER RESIDES RIGHT HERE IN DALLAS TX:

* Attach additional pages as needed.

Date: MARCH 21, 2016.

Signature: Rose Duru

Print Name: ROSE ADANMA DURU.

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: ____________

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROSE ADANMA DURU §
§
Plaintiff, §
§
v. §
§ CIVIL ACTION NO. 3:14-cv-3636-L
DR. ROBERT SCHEINER, KERRY §
KOHNEN –PRESIDENT, and KAISER §
PERMANENTE GEORGIA §
§
Defendants. §

**APPENDIX TO DEFENDANTS DR. ROBERT SCHREINER, KERRY KOHNEN, AND "KAISER PERMANENTE GEORGIA"'s MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(2), (4)-(6) AND BRIEF IN SUPPORT**

---

Defendants, Dr. Robert Schreiner, Kerry Kohnen and "Kaiser Permanente Georgia" file this Appendix to their Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(2), (4)-(6) and Brief in Support, as follows:

| Exhibit | Document | App. |
|---|---|---|
| A | Declaration of Craig Faerber | 1-6 |
| B | Declaration of Kerry Kohnen | 7-13 |
| C | Declaration of Robert Schreiner | 14-19 |

Case 4:16-cv-00219-O Document 1 Filed 03/22/16 Page 23 of 55 PageID 23

Respectfully submitted,

/s/ Jana S. Baker
Jana S. Baker
Texas Bar No. 00794610
jana.baker@ogletreedeakins.com
Heidi H. Harrison
Texas Bar No. 24074370
heidi.harrison@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Preston Commons, Suite 500
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800 (Telephone)
(214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on December 23, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing and sent a true and correct copy via certified mail, return receipt requested, to:

Rose A. Duru
Plaintiff
1822 Young Street
Dallas, TX 75201

/s/ Jana S. Baker
Jana S. Baker

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSE ADANMA DURU<br><br>Plaintiff,<br><br>v.<br><br>DR. ROBERT SCHREINER, KERRY KOHNEN –PRESIDENT, and KAISER PERMANENTE GEORGIA<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 3:14-cv-3636-L |

DECLARATION OF ROBERT SCHREINER

1. My name is Dr. Robert Schreiner, M.D. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The statements contained herein are true and are based on my own personal knowledge.

2. Although my name appears incorrectly in the cause style of the case, I am aware Plaintiff Rose Adanma Duru has filed a lawsuit against me. As indicated on the envelope, Ms. Duru sent copies of the Summons and Complaint via certified mail addressed to me at 3495 Piedmont Road, Atlanta, Georgia, 30305. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit 1.

3. I do not live – nor have I ever lived – at 3495 Piedmont Road, Atlanta Georgia, 30305; that building is commercial office space. Instead, I reside in Dunwoody, Georgia.

4. I understand that Ms. Duru filed her lawsuit in the Northern District of Texas located in Dallas, Texas.

a. I have never lived in Texas nor do I own or lease any property in Texas.

PENGAD 800-631-6989

   b. I do not operate a business in Texas. Indeed, I am not an employer, have no employees in Texas (or anywhere else), and have never employed Ms. Duru in or outside of Texas.

c. I do not pay taxes in Texas.

d. I do not maintain a bank account in Texas.

e. I do not have a telephone listing in Texas.

f. I have visited Texas only once in the last several years, and this particular trip was for a reason completely unrelated to Ms. Duru or her lawsuit, as I currently understand her vague claims.

I declare under penalty of perjury that the foregoing is true and correct.

Dr. Robert Schreiner, M.D.

Dec. 2014

Date

[redacted]H Document 7 Filed 12/23/14 Page 18 of 21 PageID 47

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

ROSE ADANMA DURU
*Plaintiff*

v.

DR ROBERT SCHREINER
*Defendant*

Civil Action No. 3-14-CV 3636-L

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DR ROBERT SCHREINER
3495 PIEDMONT ROAD
ATLANTA, GEORGIA 30305

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: ROSE A. DURU
PRO SE
1822 YOUNG STREET
DALLAS, TEXAS 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: DEC 0 2 2014

[signature]
*Signature of Clerk or Deputy Clerk*

EXHIBIT
C-1

PENGAD 800-631-6989



-L Document 3 Page 1 of 2 PageID 9365

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

US DISTRICT COURT NORTHERN DIST. OF TX FILED
2014 OCT -9 AM 11:43
DEPUTY CLERK NT

ROSE ADANNA DURU
Plaintiff

v.

3-14CV3636-L
Civil Action No.

~~DR. ROBERT SCHNEIDER~~
Defendant KERRY KOHNEN - PRESIDENT
KAISER PERMANENTE GEORGIA

**COMPLAINT**

PLAINTIFF SEEKING DAMAGES ~~OF~~ IN THE AMOUNT OF $100,000,000.00 FOR - UNLAWFULL TERMINATION; VERY HOSTILE WORKING ENVIROMENT; DISCRIMINATION REGARDING PROMOTION; FALSE ACCUSATION, SLANDER; BLACK-BALLED/BLACK LISTED IN THE STATE OF GEORGIA AND COLORADO. BLOCK MY EFFORTS TO APPLY FOR JOBS THROUGH "COBB WORKS". PLAINTIFF PRAYS THAT THE DEFENDANTS BE DULY CITED TO APPEAR AND ANSWER HEREIN; AN THAT UPON A FINAL TRIAL OF THIS CAUSE, PLAINTIFF RECOVERY

* Attach additional pages as needed.

Date [redacted]
Signature Rose Duru
Print Name ROSE A. DURU
Address 1822 YOUNG STREET
City, State, Zip DALLAS, TEXAS 75201
Telephone 214-994-6358



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
*Dallas Division*

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No.

~~DR. ROBERT T. SCHAEFER~~
Defendant KAISER PERMANENTE GA

**COMPLAINT**

WHEREFORE, PLAINTIFF PRAYS THAT THE DEFENDANTS BE DULY CITED TO APPEAR AND ANSWER HEREIN; AND THAT UPON FINAL TRIAL OF CAUSE, PLAINTIFF RECOVER: ① Judgment against DEFENDANT for PLAINTIFF'S DAMAGES as set forth above, in an amount within the jurisdiction Limits of This court; Interest on the judgment at legal rate from date of judgment; Cost of Court; and Such other and further relief to which PLAINTIFF may be entitled.

* Attach additional pages as needed.

~~KAISER PERMANENTE GEORGIA~~ DERAILED CAREER AND RUINED MY LIFE!!

Date [redacted]

Signature Rose Duru

Print Name ROSE DURU

Address 1822 YOUNG STREET

City, State, Zip DALLAS, TEXAS 75201

Telephone 214-994-6358

Case 3:14-cv-03636-L   Document 7   Filed 12/23/14   Page 21 of 21   PageID 30

Case 3:14-cv-03636-L   Document 3   [redacted]   PageID 7

JS 44 (Rev. 09/11)

**CIVIL COVER SHEET**   3-14CV3636-L

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**   ROSE ADANMA DURU

**DEFENDANTS**   KAISER PERMANENT GEORGIA

**(b)** County of Residence of First Listed Plaintiff   DALLAS, TX
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   FULTON GA
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

1822 YOUNG STREET
DALLAS, TX 75201

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*   SELF REPRESENTATION

Attorneys *(If Known)*   ML KERRY KISHINGER
3495 PIEDMONT ROAD
ATLANTA, GA 30305

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question *(U.S. Government Not a Party)*
☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

RECEIVED
OCT 9 2014
[DISTRICT TEXAS]

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | LABOR | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 385 Property Damage Product Liability | ☒ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 895 Freedom of Information Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | Habeas Corpus: | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district *(specify)*
☐ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**   Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause: ACCUSTION UNLAWFUL DISCRIMINATION [...]

**VII. REQUESTED IN COMPLAINT:**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $   CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) PENDING OR CLOSED:** *(See instructions)*   JUDGE   DOCKET NUMBER

DATE   SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

App. 19



Print Page   Close Window

# Huron Consulting Group Expands Huron Healthcare with Physician Executive and Population Health Management Expert

*Former Executive Medical Director for Kaiser Permanente Georgia Joins Huron Healthcare*

CHICAGO--(BUSINESS WIRE)--Apr. 8, 2014-- Huron Consulting Group (NASDAQ: HURN), a leading provider of business consulting services, today announced that Rob Schreiner, M.D., has joined its Huron Healthcare practice as a managing director. Dr. Schreiner will focus on helping hospitals and health systems with population health management, coordinated care across the continuum, and effective hospital-physician alignment.

"Redesigning care delivery is at the heart of health reform. To successfully manage populations while improving quality, safety and costs, hospitals and their aligned clinicians must fundamentally change the way care is delivered," said Andy Ziskind, M.D., managing director and Clinical solutions leader, Huron Healthcare. "Rob has deep experience, both as a physician and a Kaiser Permanente leader. He brings a strong track record of creating integrated healthcare that results in more effective and efficient clinical outcomes."

Dr. Schreiner, a pulmonologist and critical care specialist, brings more than 25 years of physician leadership and executive experience to Huron Healthcare's Clinical solutions team. Most recently he served as executive medical director for Kaiser Permanente Georgia, where he held several executive and clinical management positions throughout his 20-year career there, including chief operating officer, associate medical director for hospital, specialty and ancillary care, and chief of medical-hospitalist services and pulmonary critical care services.

Dr. Schreiner earned a bachelor's of science in chemistry and attended medical school at the University of Tennessee. He completed his residency at Vanderbilt University Medical School, where he served as chief resident and then went on to complete a fellowship for pulmonary and critical care at Colorado Health Sciences Center. Dr. Schreiner is active in professional and civic groups, including serving as chairman of the Medical Association of Atlanta and secretary of the Medical Association of Georgia.

**About Huron Healthcare**

Huron Healthcare is the premier provider of performance improvement and clinical transformation solutions for hospitals and health systems. By partnering with clients, Huron delivers solutions that improve quality, increase revenue, reduce expenses, and enhance physician, patient, and employee satisfaction across the healthcare enterprise. Clients include leading national and regional integrated healthcare systems, academic medical centers, community hospitals and physician practices. *Modern Healthcare* ranked Huron Healthcare third on its 2013 list of the largest healthcare management consulting firms. Learn more at www.huronconsultinggroup.com/healthcare or follow us on Twitter: @Huron.

**About Huron Consulting Group**

Huron Consulting Group helps clients in diverse industries improve performance, transform the enterprise, reduce costs, leverage technology, process and review large amounts of complex data, address regulatory changes, recover from distress and stimulate growth. Our professionals employ their expertise in finance, operations, strategy and technology to provide our clients with specialized analyses and customized advice and solutions that are tailored to address each client's particular challenges and opportunities to deliver sustainable and measurable results. The Company provides consulting services to a wide variety of both financially sound and distressed organizations, including healthcare organizations, leading academic institutions, Fortune 500 companies, governmental entities and law firms. Huron has worked with more than 425 health systems, hospitals, and academic medical centers; more than 400 corporate general counsel; and more than 350 universities and research institutions. Learn more at www.huronconsultinggroup.com.



# North America

We are a global consulting firm offering expert consulting services with emphasis on five main practices—Education, Financial, Healthcare, Legal and Life Sciences. We offer the highest quality services from top industry professionals. Their deep understanding and experiences help companies navigate the complex challenges in their business landscapes.

We help our clients improve performance, comply with complex regulations, reduce costs, resolve disputes, recover from distress, leverage technology and stimulate growth. Focusing on strategy consulting, financial consulting, operational consulting and technology consulting, our collaborative approach delivers sustainable and measurable results.

With fifteen North American offices located coast-to-coast, plus eight document review centers we have the facilities and breadth to assist our clients with significant and comprehensive resources.

SUBSCRIBE TO HURON INSIGHTS

Stay current with the trends, developments and ideas that impact you. » MORE

## LOCATIONS

Atlanta
Six Concourse Parkway, Suite 1550
Atlanta, Georgia 30328
P:(678) 672-6000
F:(770) 730-0903

Boston
125 Summer Street
Boston, Massachusetts 02110
P:(617) 226-5500
F:(617) 226-5555

Cambridge
4 Cambridge Center
2nd Floor
Cambridge, Massachusetts 02142
P:(617) 252-4600
F:(617) 252-4699

Charlotte
9101 Kings Parade Boulevard
Suite 300
Charlotte, North Carolina 28273
P:(704) 697-1400
F:(704) 697-1402

Chicago - Headquarters
550 W. Van Buren Street
Chicago, Illinois 60607
P:(312) 583-8700
F:(312) 583-8701

Dallas
500 N. Akard
Suite 1940
Dallas, Texas 75201
P:(214) 365-2500
F:(214) 365-2595

Detroit - Troy
900 Wilshire Drive
Troy, Michigan 48084
P:(248) 244-2410
F:(248) 244-2411

Framingham
160 Speen St.
Suite 309
Framingham, Massachusetts 01701

Houston - Allen Parkway
2929 Allen Parkway
27th Floor
Houston, Texas 77019
P:(713) 222-5900
F:(713) 222-5901

Madison
8215 Greenway Boulevard
Suite 300
Middleton, Wisconsin 53562
P:(608) 234-9500
F:(608) 833-0061

Miramar
2850 N. Commerce Parkway
Miramar, Florida 33025
P:(954) 435-9466
F:(954) 435-9278

Morrisville
1 Copley Parkway
Suite 650
Morrisville, North Carolina 27560
P:(919) 481-3387
F:(919) 468-9689

New York
599 Lexington Avenue
25th Floor
New York, New York 10022

New York - Wall Street
40 Wall Street
Suite 2000
New York, New York 10005

P:(212) 785-1900
F:(212) 785-1313

P:(646) 520-0300
F:(646) 520-0310

Portland - Beaverton
1925 NW Amberglen Parkway
Suite 400
Beaverton, Oregon 97006
P:(503) 748-3900
F:(503) 748-3901

Portland - Lake Oswego
6000 SW Meadows Road
Suite 300
Lake Oswego, Oregon 97035
P:(503) 303-1200
F:(503) 303-1224

San Francisco
580 California Street
Suite 500
San Francisco, California 94104
P:(415) 801-7600
F:(312) 935-4118

Toronto
TD Canada Trust Tower
161 Bay Street, 27th Floor
Toronto, Ontario M5J 2S1
Canada

Washington DC
1100 15th Street NW
8th Floor
Washington, District of Columbia 20005
P:(202) 585-6800
F:(202) 585-6801

## DATA ANALYTICS CENTER

Charlotte
2127 Ayrsley Town Blvd, Suite 302
Charlotte, NC 28273
F:(704) 697-1413

**BUSINESS ADVISORY**
Capital Advisory
Forensic Investigations
Huron Transaction Advisory LLC
Operational Improvement
Restructuring & Turnaround
Transaction Advisory Services
Valuation

**EDUCATION**
Strategy Solutions
University Performance Improvement Solutions
Research Enterprise Solutions
Technology Solutions

**HEALTHCARE**
Care Access
Clinical Documentation Improvement
Clinical Operations
Epic Implementation and Optimization
Human Resources
Information Technology
Labor
Non-Labor
Physician
Revenue Cycle
Strategy
Studer Group

**LEGAL**
Contract Management & Compliance
Discovery
Information Governance
Legal Analytics
Litigation Management
Law Department Management
Staffing

**LIFE SCIENCES**
Commercial Strategy
Corporate Strategy
Licensing, Mergers & Acquisitions
R & D Strategy
Risk Mitigation

**EPM AND ANALYTICS**
Business Intelligence & Analytics
Performance Management & Analytic Capabilities
Salesforce
Shared Services

**SOFTWARE**
Click® Portal Solutions
ecrt®
efacs®

**INDUSTRY FOCUS**
Academic Medical Centers
Automotive
Energy & Utilities
Financial Services
Healthcare
Higher Education
Legal
Manufacturing & Distribution
Media
Metals & Mining
Pharmaceutical & Medical Devices
Public Sector
Real Estate
Technology
Trucking & Logistics

**INSIGHTS**
Insights

**CAREERS**
Campus Recruits
Experienced Recruits
Technical Recruits
Apply Online

**INVESTOR RELATIONS**
Company Profile

**MEDIA CENTER**
News & Events

**ABOUT US**
Overview
Contact Us

**AREAS OF PRACTICE**
Huron Business Advisory
Huron Education
Huron Healthcare
Huron Legal
Huron Life Sciences
Huron EPM & Analytics

**LOCATIONS**
North America
EMEA

**CULTURE**
Awards & Recognition
Diversity & Inclusion
Huron Helping Hands
Mission, Vision & Values

**CONNECT WITH US**
Facebook
LinkedIn
Google Plus

**FOLLOW US**
@Huron - Healthcare, Education & Life Sciences
@HuronLegal

By using this site you agree that we can place cookies on your device. See our privacy policy for details.

Terms of Use | Privacy Policy | European Safe Harbor Privacy Policy

© 2015 Huron Consulting Group Inc. All Rights Reserved. Huron is a management consulting firm and not a CPA firm, and does not provide attest services, audits, or other engagements in accordance with standards established by the AICPA or auditing standards promulgated by the Public Company Accounting Oversight Board ("PCAOB"). Huron is not a law firm; it does not offer, and is not authorized to provide, legal advice or counseling in any jurisdiction.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

ROSE ADANMA DURU
Plaintiff

v.

Civil Action No. ______________________

DR ROBERT SCHREINER, ET AL,
Defendant

**COMPLAINT**

EXHIBIT A - II

PLAINTIFF IS VERY FAMILIAR WITH THE HANDWRITING OF DR ROBERT SCHREINER. PLAINTIFF READ ENOUGH OF DR ROBERT SCHREINER'S PROGRESS NOTES, TO KNOW THAT HE FRAUDULENTLY SIGNED DR REED PITRE'S DECLARATION: DR ROBERT SHREINER IMPERSONATED DR REED PITRE. PLEASE COMPARE BOTH SIGNATURES:

* Attach additional pages as needed.

Date: MARCH 21, 2016.

Signature: Rose Duru

Print Name: ROSE ADANMA DURU

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201

Telephone: ______________________

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

ROSE ADANMA DURU §
§
Plaintiff, §
§
v. §
§ NO. 3:14-cv-03817N-BN
TSPMG KAISER PERMANENTE §
GEORGIA, KAISER FAMILY §
FOUNDATION GEORGIA, DR ROBERT §
SCHREINER, DR PITRIE, DR ENRIQUE §
GALURA, KERRY KOHNEN, §
PRESIDENT, KAISER PERMANENT §
GEORGIA, DR CARVER, and DR §
JEFFREY KLOPPER, ATLANTA §
BEHAVIORAL GROUP, §
§
Defendants. §

**APPENDIX TO DEFENDANTS TSPMG, DR. ROBERT SCHREINER, DR. REED PITRE, KERRY KOHNEN, DR. LAWRENCE CARVER, AND DR. JEFFREY KLOPPER'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(b)(2), (5)-(6)**

Defendants, TSPMG, Dr. Robert Schreiner, Dr. Reed Pitre, Kerry Kohnen, Dr. Lawrence Carver, and Dr. Jeffrey Klopper file this Appendix to their Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(2), (4)-(6) and Brief in Support, as follows:

| Exhibit | Document | App. |
|---|---|---|
| A | Declaration of Michael F. Doherty, M.D. | 1 – 5 |
| B | Declaration of Robert Schreiner | 6 – 11 |
| C | Declaration of Reed Pitre | 12 – 17 |
| D | Declaration of Kerry Kohnen | 18 – 25 |
| E | Declaration of Lawrence Carver | 26 – 31 |

| Exhibit | Document | App. |
|---|---|---|
| F | Declaration of Jeffrey Klopper | 32 – 37 |

Respectfully submitted,

/s/ Jana S. Baker
Jana S. Baker
Texas Bar No. 00794610
jana.baker@ogletreedeakins.com
Heidi H. Harrison
Texas Bar No. 24074370
heidi.harrison@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Preston Commons, Suite 500
8117 Preston Road
Dallas, Texas 75225
(214) 987-3800 (Telephone)
(214) 987-3927 (Facsimile)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

This is to certify that on January 28, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing and sent a true and correct copy via certified mail, return receipt requested, to:

Rose A. Duru
Plaintiff
1822 Young Street
Dallas, TX 75201

/s/ Jana S. Baker
Jana S. Baker

20170064.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

[redacted]

Plaintiff,

v.

TSPMG KAISER PERMANENTE GEORGIA, KAISER FAMILY FOUNDATION GEORGIA, [redacted], DR ENRIQUE GALURA, KERRY KOHNEN, PRESIDENT, KAISER PERMANENT GEORGIA, DR CARVER, and DR JEFFREY KLOPPER, ATLANTA BEHAVIORAL GROUP,

Defendants.

1. My name is Dr. Robert Schreiner, M.D. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The statements contained herein are true and are based on my own personal knowledge.

2. I am aware Plaintiff Rose Adanma Duru has filed a lawsuit against me. As indicated on the envelope, Ms. Duru sent copies of the Summons and Complaint via certified mail addressed to me at 3495 Piedmont Road, Atlanta, Georgia, 30305. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit 1.

3. I do not live – nor have I ever lived – at 3495 Piedmont Road, Atlanta Georgia, 30305; that building is commercial office space. Instead, I reside in Dunwoody, Georgia.

4. I understand that Ms. Duru filed her lawsuit in the Northern District of Texas located in Dallas, Texas.

a. I have never lived in Texas nor do I own or lease any property in Texas.

EXHIBIT



Case 3:14-cv-03817-N-BN Document 20-2 Filed 01/28/15 Page 2 of 6 PageID 93

b. I do not operate a business in Texas. I am not an employer and have no employees in Texas (or anywhere else).

c. I do not pay taxes in Texas.

d. I do not maintain a bank account in Texas.

e. I do not have a telephone listing in Texas.

f. I have visited Texas three times in the last several years for personal reasons, and those trips were for a reason completely unrelated to Ms. Duru or her lawsuit.

5. Further, and although Ms. Duru's claims are vague and it is unclear against whom she contends certain causes of action, I generally understand that she alleges "medical malpractice."

a. I am licensed to practice medicine in the state of Georgia not Texas.

b. I have never advertised my medical services to individuals residing in the state of Texas or solicited business from them.

c. I have never provided medical treatment to Ms. Duru in the state of Texas. Indeed, I have never referred Ms. Duru to receive medical treatment in the state of Texas or forwarded prescriptions for Ms. Duru to obtain medication in the state of Texas.

d. Likewise, I have not administered to the medical needs of other patients in Texas.

I declare under penalty of perjury that the foregoing is true and correct.



Date

AO 440 (Rev. 12/09) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Rose Adanma Duru<br>*Plaintiff*<br>v.<br>TSPMG Kaiser Permanente Georgia, et al<br>*Defendant* | ) | Civil Action No. 3:14-cv-03817-N-BN |

**Summons in a Civil Action**

**TO:** Robert Schreiner, Kaiser Permanente Georgia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Rose Adanma Duru (pro se)
1822 Young St.
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

[signature]

*Signature of Clerk or Deputy Clerk*

DATE: 12/17/2014

EXHIBIT
B-1

Civil Action No. 3:14-cv-03817-N-BN

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) ______________________
was received by me on (*date*) ______________.

☐ I personally served the summons on the individual at (*place*) ______________________ on (*date*) ______________; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) ______________________, a person of suitable age and discretion who resides there, on (*date*) ______________, and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) ______________________, who is designated by law to accept service of process on behalf of (*name of organization*) ______________________ on (*date*) ______________; or

☐ I returned the summons unexecuted because ______________________; or

☐ other (*specify*) ______________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
Server's signature

______________________
Printed name and title

______________________
Server's address

Additional information regarding attempted service, etc:

REQUESTED
7014 2120 0000 8862 4258
1000
30305

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| [redacted]RU | § | |
| Plaintiff, | § | |
| v. | § | NO. [redacted] |
| TSPMG KAISER PERMANENTE GEORGIA, KAISER FAMILY FOUNDATION GEORGIA, [redacted] DR ENRIQUE GALURA, KERRY KOHNEN, PRESIDENT, KAISER PERMANENT GEORGIA, DR CARVER, and DR JEFFREY KLOPPER, ATLANTA BEHAVIORAL GROUP, | § | |
| Defendants. | § | |

[redacted]

1. My name is Dr. Reed Pitre, M.D. I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. The statements contained herein are true and are based on my own personal knowledge.

2. Although Plaintiff Rose Adanma Duru failed to provide a first name for "DR PITRIE" and spelled my last name incorrectly, I believe she has filed a lawsuit against me. As indicated on the envelope, Ms. Duru sent copies of the Summons and Complaint via certified mail addressed to a "DR PITRIE" at 3495 Piedmont Road, Atlanta, Georgia, 30305. A true and correct copy of the Summons and Complaint is attached hereto as Exhibit 1.

3. Although I currently reside in Atlanta, Georgia, I do not live – nor have I ever lived – at 3495 Piedmont Road, Atlanta Georgia, 30305; that building is commercial office space.

EXHIBIT [redacted]

4.      I understand that Ms. Duru filed her lawsuit in the Northern District of Texas located in Dallas, Texas.

     a.      I have never lived in Texas nor do I own or lease any property in Texas.

     b.      I do not operate a business in Texas. I am not an employer and have no employees in Texas (or anywhere else).

     c.      I do not pay taxes in Texas.

     d.      I do not maintain a bank account in Texas.

     e.      I do not have a telephone listing in Texas.

     f.      I have not visited Texas in well over a decade, and that particular trip was for a reason completely unrelated to Ms. Duru or her lawsuit, as I currently understand her vague claims.

5.      Further, and although Ms. Duru's claims are vague and it is unclear against whom she contends certain causes of action, I generally understand that she alleges "medical malpractice."

     a.      I am licensed to practice medicine in the state of Georgia not Texas.

     b.      I have never advertised my medical services to individuals residing in the state of Texas or solicited business from them.

     c.      I have never provided medical treatment to Ms. Duru in the state of Texas. Indeed, I have never referred Ms. Duru to receive medical treatment in the state of Texas or forwarded prescriptions for Ms. Duru to obtain medication in the state of Texas.

     d.      Likewise, I have not administered to the medical needs of other patients in Texas.

Case 3:14-cv-03817-N-BN Document 20-3 Filed 01/28/15 Page 3 of 6 PageID 100

I declare under penalty of perjury that the foregoing is true and correct.

Date

DECLARATION OF REED PITRE

Page 3

App. 14

Case 3:14-cv-03817-N-BN Document 9 Filed 12/17/14 Page 11 of 16 PageID 33

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

Rose Adanma Duru
*Plaintiff*
v.
TSPMG Kaiser Permanente Georgia, et al
*Defendant*

Civil Action No. 3:14-cv-03817-N-BN

**Summons in a Civil Action**

**TO:** NFN Pitrie, Kaiser Permanent Georgia

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Rose Adanma Duru (pro se)
1822 Young St.
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

DATE: 12/17/2014

EXHIBIT
C-1

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:14-cv-03817-N-BN

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ______________________________
was received by me on *(date)* ____________________.

☐ I personally served the summons on the individual at *(place)* ______________________________
______________________________ on *(date)* ____________________; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________________
______________________________, a person of suitable age and discretion who resides there,
on *(date)* ______________________________, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________________, who is designated
by law to accept service of process on behalf of *(name of organization)* ______________________________
______________________________ on *(date)* ____________________; or

☐ I returned the summons unexecuted because ______________________________; or

☐ other *(specify)* ______________________________
______________________________

My fees are $ __________ for travel and $ __________ for services, for a total of $ __________

I declare under penalty of perjury that this information is true.

Date: ____________________

______________________________
Server's signature

______________________________
Printed name and title

______________________________
Server's address

Additional information regarding attempted service, etc:



7014 2120 0000 8861 8851

App. 17

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ROSE ADANMA DURU.
Plaintiff

v.

Civil Action No. ____________________

DR ROBERT SCHREINER, ET AL;
Defendant

## COMPLAINT

EXHIBIT A-III

THIS EXHIBIT SHOWS THAT THIS DEFENDANT - DR ROBERT SCHREINER, HAS BEEN AWARE OF THIS PLAINTIFF, AND HAS BEEN "PATHETIC", AND "PITIFULLY" OBSESSED, AND HAS BEEN STALKING PLAINTIFF FOR ALMOST TEN YEARS." NOW THAT'S SICKENING"!

* Attach additional pages as needed.

Date: MARCH 21, 2016.

Signature: Rose Duru.

Print Name: ROSE ADANMA DURU

Address: 1822 YOUNG STREET,

City, State, Zip: DALLAS, TEXAS 75201.

Telephone: ____________________

Upload Sign in

1-800-GO-ORKIN
click for the Orkin Man
PEST CONTROL DOWN TO A SCIENCE.

# Dr. Rob Schreiner - Kaiser Permanente, EarthShare of Georgia 2013

Southeast Green - SEGreen Mobile

Subscribe 40

41 views

Add to Share More

0 0

Published on Apr 19, 2013

EarthShare of Georgia hosted it's annual Earth Day Leadership Breakfast on April 19th. Hosting the who's who of Environmental Non-Profits, Atlanta's Corporate Sustainability Leaders and the Atlanta Sustainability Community, the breakfast announced it's annual award winners and featured Bruce Karas of Coca-Cola as the keynote speaker.

SHOW MORE

ALL COMMENTS

Add a public comment...

PLAINTIFF HAS NEVER MET THIS MAN!!!

No comments to display

WHILE PLAINTIFF WAS EMPLOYED AT KAISER PERMANENTE GEORGIA DR ROBERT SCHEINER WAS THE EXECUTIVE MEDICAL DIRECTOR FOR, HOSPITALS, SPECIALTY CARE AND DOCTORS AT KAISER PERMANENTE GEORGIA.

PLAINTIFF DOES NOT KNOW WHY THIS MAN IS STALKING PLAINTIFF ACROSS STATE LINE.

Up next Autoplay

Roy Willis, Propane Education & Research Council
by Southeast Green - SEGreen Mobile
102 views

What do you do to reduce your lifestyle? | Full of Useless
by Southeast Green - SEGreen Mobile
2 views

Recycling | Full of Useless Information
by Southeast Green - SEGreen Mobile
6 views

Communities In Schools featured on The CW's Focus Atlanta
by cisofgeorgia
228 views

Dr. Rob Schreiner Appears on JJ on Atlanta
by Geoffrey Grund
208 views

The Carolyn Wonderland Group ~ Come Together
by milkriverfilm
75,128 views

Meet Dr. Barbra Reed
by Doctors of the USA
672 views

The History of Southern Seminary
by SouthernSeminary
1,341 views

8:51 Die Schöne Big Band - Lennie's Pennies
by Campus Muho Mannheim
338 views

1:45 Kaiser Permanente--A Health Sketch
by KPGANews
763 views

5:18 Cory Plasker Player Profile
by NyowoSkillz
881 views

2:38 9 killed in Ky. fire described as a loving family
by Daily News
160 views

8:54 Laurie Schreiner, Ph.D. Lecture
by Azusa Pacific University
681 views

3:07:59 Vitality Institute Forum - Building Healthier Societies: Pioneer
by PHGSU
38 views

Google+ Search Images Maps Play YouTube News Gmail More · Sign in

dr robert schreiner kaiser permanente georgia

Web Images Videos News Shopping Maps Books

About 6,870 results

Any time
Past hour
Past 24 hours
Past week
Past month
Past year

All results
Verbatim

About Rob Schreiner, MD | Leadership in Health Care
www.drrobschreiner.com/aboutrob/
Rob has 25 years of healthcare leadership experience, including 10 years as a ... Prior to joining Huron Healthcare, Rob served Kaiser Permanente Georgia ...

Farewell, KP | Leadership in Health Care
www.drrobschreiner.com/innovation/farewell-kp/
Home · About Dr. Schreiner · Health Care Quality · Medical Leadership · Environmental Awareness ... Posted on March 10, 2014 by Rob Schreiner. At the end of this month, following 20 years of service, I will leave Kaiser Permanente. ... My decision to leave has nothing to do with our business in the Georgia Region.

PLAINTIFF LEFT THE STATE OF GEORGIA ON MARCH 1, 2014, AND MOVED TO HOUSTON, TEXAS, THEN DALLAS, TEXAS. DR ROBERT SCHREINER FOLLOWED LIKE A PUPPY DOG.

Executive Medical Director, Kaiser Permanente of Georgia
www.hip.emory.edu/resources/faculty/schreiner_robert.html
Kaiser Permanente of Georgia. Email: Rob.Schreiner@kp.org · Link to Profile ». Dr. Schreiner has served as the Executive Medical Director for The Southeast ..

Dr. Rob Schreiner Says NO MORE - Kaiser Permanente
share.kaiserpermanente.org/article/dr-rob-schreiner-says-no-more/
Dr. Rob Schreiner is the Executive Medical Director for The Southeast ... you today as a physician in Atlanta, as a leader of healthcare in Georgia, and as a ...

Rob Schreiner, MD, FACP, FCCP | LinkedIn
https://www.linkedin.com/pub/rob-schreiner-md-facp-fccp/13/5ab/244
Greater Atlanta Area - Managing Director at Huron Consulting Group
View Rob Schreiner, MD, FACP, FCCP's professional profile on LinkedIn. ... Waldrep, and the current Association President Dr. Perry-Gilkes, lead the largest county medical society in Georgia, current membership 1400. ... Kaiser Permanente.

Dr. Robert Schreiner, MD - Atlanta, GA - Critical Care Medicine ...
www.healthgrades.com/physician/dr-robert-schreiner-36496
Rating: 1 - 1 vote
Visit Healthgrades for information on Dr. Robert Schreiner, MD. ... Permanente Glenlake: Kaiser Permanente Glenlake: 20 Glenlake Pkwy: Atlanta, GA 30328.

Dr. Rob Schreiner Elected President of The Medical Association of ...
tspmg.com/index.php/about/news-and.../147-schreinermaa2012
Kaiser Permanente of Georgia Heart Failure University .. Dr. Rob Schreiner, Executive Medical Director for The Southeast Permanente Medical Group, Elected ...

The Southeast Permanente Medical Group, Inc.
tspmg.com/
Founded in Atlanta in 1985, The Southeast Permanente Medical Group (TSPMG) is one of the largest multi-specialty medical groups in Georgia. ... Richard Ellin, MD · Earl Thurmond, MD Robert Cohen, MD ... Kaiser Permanente members partner with their physician to make informed decisions and take the right steps to ...

Schreiner joins Huron Consulting as managing director of healthcare
www.modernhealthcare.com/article/20140407/NEWS/304079933
Apr 7, 2014 ... Dr. Rob Schreiner, formerly executive medical director for Kaiser Permanente Georgia, is joining Huron Consulting Group as managing director ..

Dr. Rob Schreiner - Kaiser Permanente, EarthShare of Georgia 2013
www.youtube.com/watch?v=hGZ5E5Ba1uY
Apr 19, 2013 - 3 min - Uploaded by Southeast Green - SEGreen Mobile
EarthShare of Georgia hosted it's annual Earth Day Leadership Breakfast on April 19th ...

Kaiser Permanente Doctors
Ad kaiser-permanente.findsmarter.com/
Find Kaiser Permanente Fast: Get Results from Multiple Engines!

1 2 3 4 5 6 7 8 9 10 Next

Advanced search Search Help Send feedback

Google Home Advertising Programs Business Solutions Privacy Terms
About Google


KAISER PERMANENTE®

April 14, 2008

Rose Duru
1500 Terrill Mill Road
Apt. 5-C
Marietta, Georgia 30067

Dear Rose:

The Southeast Permanente Medical Group, Inc. is very pleased that you are interested in joining our team. This letter is our offer of employment for the position of **Onsite Inpatient Care Coordinator** located at **Northside Hospital** effective **April 21, 2008**. This position is full time with an annualized base salary of **$63,454.63.** There is a three month probationary period beginning on your first day of employment. Your immediate supervisor is **Evelyn Hines-Forbes, Supervisor, Onsite Inpatient Care Coordinators**.

The Southeast Permanente Medical Group, Inc. is committed to providing a safe and productive working environment. Therefore, if you accept this offer of employment, you will be required to complete a drug screen and a blood work screen (demonstrate standard immunizations) within 36 hours of receipt of this written offer. Instructions on completing these are included in this packet. In addition, employees in the Kaiser organization are required to have an annual tuberculosis skin test.

You are eligible to participate in our benefits program starting on your first day of employment. Information concerning benefits and other employee information will be reviewed with you during our Comprehensive Employee Orientation [illegible] orientation on **Monday, April 21, 2008 at 8:30am; 5495 Piedmont Road, [illegible] Center, Building Eleven, 6th Floor, Conference Room B (The Learning Room).**

You are also eligible to receive a **$5,000.00** stipend subject to the terms of the attached agreement. If the terms of this offer are acceptable, please sign this offer letter and the attached Bonus Payment Agreement letter and return them to the office of Professional Recruitment in the enclosed DHL envelope and retain copies for your files. Please complete enclosed employment forms and bring them with you to Orientation. In addition, information regarding your identity and employment eligibility must be provided and copied within the first 3 days of employment. If you are a Registered Nurse or Licensed Clinical Social Worker, a copy of your license must also be provided.

If you have any questions regarding the employment offer, please contact me at 404-364-7178.

Rhunette Pledger 4/14/08 — Rose Duru 4/14/08

Rhunette Pledger — Date
Professional Recruiter

Rose Duru — Date

Kaiser Foundation Health Plan of Georgia requires background, credit, drug, and reference information on all new hires; therefore, this offer is contingent upon successful completion of these processes. It is also contingent upon your ability to provide appropriate identification pursuant to the requirements of the Federal Immigration Reform & Control Act. If this employment offer is accepted it will create an at-will employment relationship, which may be ended by either party, at any time, and for any reason. All terms of employment with Kaiser Foundation Health Plan of Georgia are governed by the Human Resources Policies and Procedures and may be subject to change at the discretion of Kaiser Permanente.

KAISER PERMANENTE
PERMANENTE MEDICAL GROUP
404-365-0966
O. Foster-Peyton, MD
Georgia Region
HMO
ROSE DURU
MEMBER NAME
1446509
HEALTH RECORD NUMBER
00002-900
GROUP NUMBER
EFFECTIVE DATE
Copay
15/20
PRI/SPEC VISIT
15
URGENT
75
EMERGENCY
10/15 KP
16/21 Network
GENERIC/ BRAND RX
Deductible/ Coinsurance
-/-
DEDUCT/ RX DEDUCT
COINSUR

KAISER PERMANENTE
PERMANENTE MEDICAL GROUP
APPOINTMENTS:404-365-0966
Georgia Region
HMO
ROSE DURU
MEMBER NAME
RX BIN No: 003585
RX PCN No: 70000
1446509
HEALTH RECORD NUMBER
00002-106
GROUP NUMBER
EFFECTIVE DATE
Copay
15/20
PRI/SPEC VISIT
15
URGENT
75
EMERGENCY
10/15 KP
20/25 Network
GENERIC/ BRAND RX
Deductible/ Coinsurance
-/-
DEDUCT/ RX DEDUCT
COINSUR

# SUPPORT STAFF
# 2012 COBRA ELECTION FORM

***THIS FORM MUST BE COMPLETED AND RETURNED REGARDLESS OF COBRA ELECTION***

Date of COBRA Notice: 5/4/12 Employee's Hire Date: 7/4/08

Check Plan enrolled in at time of qualifying event:
- __ HMO High
- __ HMO Mid
- ✓ HMO Low
- __ HMO New Hire
- __ Multi Choice

(Check below all coverage in effect at time of qualifying event)

| | Qualified Beneficiary(ies) | SSN# | HMO | MC | Supp Medical | Supp Mental | Dental |
|---|---|---|---|---|---|---|---|
| Employee | Rose Duru | | ✓ | | ✓ | ✓ | ✓ |
| Spouse/DP | | | | | | | |
| Child | | | | | | | |
| Child | | | | | | | |
| Child | | | | | | | |
| Child | | | | | | | |

## ELECTING COBRA CONTINUATION COVERAGE

You have the right to elect COBRA Continuation Coverage, which is the same coverage you had on the date of your qualifying event, under the Plan. Monthly premiums are subject to change if the premiums for the Plan are changed, or if you extend coverage beyond the 36-month period due to disability. Premiums are not prorated and refunds are not made in the event your COBRA Continuation Coverage ends prior to the last day of the calendar month.

**NOTE:** Only those dependents that had coverage on the day before the date of the qualifying event are eligible to elect COBRA Continuation Coverage. However, if you elect COBRA Continuation Coverage and then acquire, by birth or adoption, a new child, you may then change your coverage status to add that new child. An election for one dependent is binding on all dependents unless a separate Election Form is submitted to TSPMG Human Resources for each independent election. Any coverage that is paid for in part or in whole by the Company after the qualifying event will count against the maximum COBRA Continuation Coverage period.

Due to your, resignation (Qualifying Event) your eligibility under the group health plan terminated on 5/31/12 (Date) You may, however, continue your coverage for 18 (#Months) months from 6/1/12 (Start Date) to 11/30/13 (End Date) (unless it ends sooner due to the Company ceasing to provide any group health plan or to your (i) coverage by another group health plan that does not contain a pre-existing condition exclusion that applies to you, (ii) coverage by Medicare, (iii) failure to make a timely monthly payment, or (iv) failure to notify this plan of any change in disability status (if your coverage has been extended due to disability). To continue your coverage, complete and return this election form no later than 60 days from the later of (1) the date of your COBRA notification letter, or (2) the date you would lose coverage due to your qualifying event. If you do not return this election form within this 60-day period, you will lose your right to elect continuation coverage.

**COBRA ELECTION** (Please check ***One*** only)

☐ I elect COBRA Continuation Coverage.

☐ I do not wish to elect COBRA Continuation Coverage.

Signature ____________ Print Name ____________ Date ____________

BConnected
P.O. Box 199401
Dallas, TX 75219-9401

HCA REWARDS
For a Healthy Work Environment

**Please Call Service Center**

4270
ROSE A DURU
PO BOX 741531
DALLAS TX 75374

Date: June 24, 2014

HCArewards.com
BConnected: (800) 566-4114

We have attempted to contact you by phone regarding your HCA benefits and have not been able to reach you. Please call BConnected at your earliest convenience at (800) 566-4114.

BConnected Representatives are available Monday through Friday, 7 a.m. to 7 p.m., Central time (except holidays).

CELL PHONE - 678-600-6604.
THIS CELL PHONE WAS HACKED AND BLOCKED BY DR ROBERT SCHREINER. RIGHT HERE IN DALLAS, TEXAS.

HC1018E34000417010100000



YAHOO! MAIL

Search Mail

INBOX | CONTACTS | CALENDAR | Congrats, en... | Your Interne... | Welcome to... | RE: webarch...

Compose | Delete | Move | Spam | Actions

Inbox (2)
Drafts
Sent
Spam (288)
Trash (3)
FOLDERS
MESSENGER

.com

**RE: webarchiver**

Your email was hacked.

For a copy of the governing documents, go to www.allinonemgmt.com/communities.htm and scroll down to you

---

*If this communication involves a debt then the following statement applies: This is an attempt to collect a debt obtained will be used for that purpose. This e-mail may contain information that is privileged, confidential and under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that ar dissemination, distribution or copying of any information from this e-mail is strictly prohibited. If you receive this notify me immediately.*

---

**Jeanne Deubel**
**Office Manager / Customer Service**
***All-In-One Community Management, Inc.***
5200 Dallas Highway, Suite 200 #266
Powder Springs, GA 30127
TEL: 678.363.6479 / FAX: 678.363.6481
jdeubel@allinonemgmt.com
www.allinonemgmt.com

---

**From:** Rose Duru [mailto:dururose777@yahoo.com]
**Sent:** Wednesday, April 10, 2013 4:49 AM
**To:** Duffy Realty; hjohnson; All In One Mgmt Jeanne; contractsatduffyrealty; AJC J Dena Humphries; All In One Mgmt Lynn; Atlanta Dental Specialists
**Subject:** webarchiver

http://upvcfencing.co.uk/dsmet-118.php

PLAINTIFF DID NOT SEND THIS EMAIL TO THE ABOVE RECEPIENTS; DR ROBERT SCHREINER HACKED, AND TOOK OVER MY YAHOO EMAIL ADDRESS: